JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL E. WELCH,<br><br>　　　　Plaintiff,<br>　　v.<br><br>GUARANTY BANK, and DOES 1 through 20, inclusive. | Case No. ED CV 09-01465-DMG (OPx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [24]**<br><br>**[F.R.C.P. 41(a)(2)]** |

[Proposed] Order of Dismissal With Prejudice

CARLTON DiSANTE &
FREUDENBERGER LLP

400118.1

| | |
|---|---|
| 1 | Plaintiff Kendall E. Welch ("Plaintiff") and Federal Deposit Insurance |
| 2 | Corporation solely in its capacity as Receiver for Defendant Guaranty Bank |
| 3 | ("Defendant"), through their respective counsel of record, have stipulated that the |
| 4 | Court dismiss the claims of Plaintiff in the above-captioned action in their entirety |
| 5 | with prejudice, and dismiss with prejudice Federal Deposit Insurance Corporation in |
| 6 | its capacity as Receiver for Defendant Guaranty Bank as a defendant, due to the |
| 7 | stipulation of the parties. |
| 8 | GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, pursuant to |
| 9 | Federal Rule of Civil Procedure 41(a)(2), that the claims of Plaintiff be dismissed in |
| 10 | their entirety with prejudice and that Federal Deposit Insurance Corporation in its |
| 11 | capacity as Receiver for Defendant Guaranty Bank be dismissed with prejudice as a |
| 12 | defendant in this pending action. Each party shall bear its own attorneys' fees and |
| 13 | costs. |
| 14 | IT IS SO ORDERED. |
| 16 | Dated: April 6, 2011 |

_____
Dolly M. Gee
United States District Judge

1   [Proposed] Order of Dismissal With Prejudice

400118.1